UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 2:22-cr-00018-02 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| DAVIS ENNIS | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 94] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 99] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 1 of the Indictment.

Sentencing is set for January 19, 2023, at 11:00 a.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 31st day of October, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE